STATE OF NEW JERSEY v. ROBERT BLAKE.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK RICHARDSON.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH NAAS.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GAETANO FRED TORCHIA.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. J.S.

May 24, 1988.

Petition for certification denied.   (See 222 *N.J.Super.* 247)